UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CORY L. ELLIS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:19-cv-01837-CLM-JHE |
| **WARDEN MEYERS, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

The magistrate judge filed a report and recommendation on November 26, 2019, recommending this action be transferred to the United States District Court for the Middle District of Alabama. Doc. 3. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report and recommendation is **ADOPTED** and **ACCEPTED**. Accordingly, the court **ORDERS** this case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE** and **ORDERED** this 20th day of December, 2019.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE